IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:20-CR-85-D

UNITED STATES OF AMERICA

v.

KENNETH FRANKLIN HILL, JR.

ORDER

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Clerk of Courts shall seal Docket Entry 61, the Government's Response to Defendant's Motion for Sentence Reduction, except that a copy may be provided to the United States Probation Office and counsel for the defendant.

DONE AND ORDERED this 25 day of July, 2025.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE