UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CR-00085-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH FRANKLIN HILL, JR. | ORDER TO SEAL |

On motion of the defendant, Kenneth Franklin Hill, Jr., and for good cause shown, it is hereby ORDERED that **DE 58** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **25** day of **July**, 2025.

JAMES C. DEVER III
United States District Court Judge